**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **PAUL L. MERIDETH, JR. d/b/a**<br>**PAUL L. MERIDETH PHOTOGRPHY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No. 1:12-cv-07961** |
| **v.** | ) | |
| | ) | **District Judge James B. Zagel** |
| **CHICAGO TRIBUNE COMPANY , LLC,** | ) | |
| **TRIBUNE INTERACTIVE, LLC, and** | ) | **Magistrate Judge Michael T. Mason** |
| **DOE I through DOE V,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**STIPULATION AND ORDER OF DISMISSAL WITH PREDJUCE**
**AS TO THE TRIBUNE DEFENDANTS**

The Court having jurisdiction over this matter, and over the parties, and in accordance with the

Settlement Agreement dated August  11th , 2014 between Plaintiff Paul L. Merideth, Jr. d/b/a

Paul L. Merideth Photography ("Plaintiff") and Defendants Chicago Tribune Company, LLC and

Tribune Interactive, LLC (the "Tribune Defendants"), and further pursuant to the Federal Rules

of Civil Procedure Rule 41(a)(1)(ii), it is hereby stipulated by Plaintiff and the Tribune

Defendants that Plaintiff's claims shall be dismissed with prejudice, each side paying its own

costs and attorney fees.

| | |
|---|---|
| Attorney for Paul L. Merideth, Jr., d/b/a Paul<br>L. Merideth Photography | Attorneys for Chicago Tribune Company, LLC<br>and Tribune Interactive, LLC |
| By: | By: |
| Mark H. Barinholtz | A. Colin Wexler |
| Mark H. Barinholtz, PC | Stephanie J. Harris |
| 55 W. Monroe Street, Suite 3600 | Goldberg Kohn Ltd. |
| Chicago, IL. 60603 | 55 E. Monroe St., Suite 3300 |
| | Chicago, IL. 60603 |

**SO ORDERED:**

**U.S. District Court Judge James B. Zagel**

Dated: 9/10/14